RAOUL D. KENNEDY (STATE BAR NO. 40892)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Embarcadero Center, Suite 3800
San Francisco, California 94111
Telephone: (415) 984-6400
Facsimile: (415) 984-2698
Email: Raoul.Kennedy@skadden.com

JAMES R. CARROLL (*PRO HAC VICE* APPLICATION PENDING)
DAVID S. CLANCY (*PRO HAC VICE* APPLICATION PENDING)
CALE P. KEABLE (*PRO HAC VICE* APPLICATION PENDING)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
One Beacon Street, 31st Floor
Boston, Massachusetts 02108
Telephone: (617) 573-4800
Facsimile: (617) 573-4822
Email: James.Carroll@skadden.com
Email: David.Clancy@skadden.com
Email: Cale.Keable@skadden.com

Attorneys for Defendants
CONSECO, INC. and CONSECO LIFE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CEDRIC BRADY, DR. CHARLES HOVDEN, MARION HOVDEN, DR. EUGENE KREPS, DR. JOHN McNAMARA, DR. HISAJI SAKAI, and JEAN SAKAI, Individually and On Behalf Of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>CONSECO, INC. and CONSECO LIFE INSURANCE COMPANY,<br><br>Defendants. | CASE NO.: 3:08-CV-05746-EMC<br><br>**STIPULATION EXTENDING TIME TO ANSWER, MOVE, OR OTHERWISE RESPOND TO THE COMPLAINT**<br><br>ORDER |

WHEREAS on December 24, 2008, plaintiffs Cedric Brady, Dr. Charles Hovden, Marion Hovden, Dr. Eugene Kreps, Dr. John McNamara, Dr. Hisaji Sakai, and Jean Sakai (the "Plaintiffs") filed a Complaint against defendants Conseco, Inc. and Conseco Life Insurance Company (the "Defendants"), in the San Francisco Division of the United States District Court for the Northern District of California (the "Complaint");

WHEREAS on January 9, 2009, plaintiffs served a summons and Complaint on each of the Defendants;

WHEREAS, by the terms of the summons the Defendants would have twenty (20) days from January 9, 2009, by which to answer, move, or otherwise respond to the Complaint, making their answer, motion, or other response due on or before January 29, 2009;

WHEREAS Defendants requested and Plaintiffs agreed to extend the time in which Defendants shall be required to answer, move or otherwise respond to the Complaint to February 20, 2009;

IT IS THEREFORE STIPULATED AND AGREED, by and between the undersigned, that Defendants shall have to and including February 20, 2009, within which to answer, move, or otherwise respond to the Complaint.

DATED: January 29, 2009              Millstein & Associates

                                     By: /s/ David J. Millstein
                                         David J. Millstein
                                         Attorneys for Plaintiffs

DATED: January 29, 2009              Gilbert Oshinksy LLP

                                     By: /s/ August J. Matteis, Jr.
                                         August J. Matteis, Jr.
                                         Attorneys for Plaintiffs

DATED: January 29, 2009              Skadden, Arps, Slate, Meagher & Flom LLP

                                     By: /s/ Raoul D. Kennedy
                                         Raoul D. Kennedy
                                         Attorneys for Defendants
                                         Conseco, Inc. and Conseco Life Insurance Company

STIPULATION EXTENDING TIME TO ANSWER, MOVE, OR OTHERWISE RESPOND         CASE NO.: 3:08-CV-05746-EMC

1

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Raoul D. Kennedy, am the ECF User whose ID and password are being used to file this Stipulation Extending Time To Answer, Move, Or Otherwise Respond To The Complaint. In compliance with General Order 45.X.B, I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 29th day of January 2009, at San Francisco, California.

By: /s/ Raoul D. Kennedy
Raoul D. Kennedy

IT IS SO ORDERED:

_____
Edward M. Chen
U.S. Magistrate Judge



STIPULATION EXTENDING TIME TO ANSWER, MOVE, OR OTHERWISE RESPOND      CASE NO.: 3:08-CV-05746-EMC
2