1  RAOUL D. KENNEDY (STATE BAR NO. 40892)
   SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
2  Four Embarcadero Center, Suite 3800
   San Francisco, California 94111
3  Telephone: (415) 984-6400
   Facsimile: (415) 984-2698
4  Email: Raoul.Kennedy@skadden.com

5  JAMES R. CARROLL (ADMITTED *PRO HAC VICE*)
   DAVID S. CLANCY (ADMITTED *PRO HAC VICE*)
6  CALE P. KEABLE (ADMITTED *PRO HAC VICE*)
   SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
7  One Beacon Street, 31st Floor
   Boston, Massachusetts 02108
8  Telephone: (617) 573-4800
   Facsimile: (617) 573-4822
9  Email: James.Carroll@skadden.com
   Email: David.Clancy@skadden.com
10 Email: Cale.Keable@skadden.com

11 Attorneys for Defendants
   CONSECO, INC. and CONSECO LIFE INSURANCE COMPANY
12

13                    UNITED STATES DISTRICT COURT

14                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

15                           SAN FRANCISCO DIVISION

| | |
|---|---|
| 16  CEDRIC BRADY, DR. CHARLES HOVDEN, MARION HOVDEN, DR. | ) CASE NO.: 3:08-CV-05746-EMC<br>)  |
| 17  EUGENE KREPS, DR. JOHN McNAMARA, DR. HISAJI SAKAI, and JEAN SAKAI, | )<br>) **STIPULATION AND PROPOSED** |
| 18  Individually and On Behalf Of All Others Similarly Situated, | ) **ORDER EXTENDING TIME TO**<br>) **ANSWER, MOVE, OR OTHERWISE** |
| 19  | ) **RESPOND TO THE COMPLAINT** |
| 20                           Plaintiffs, | ) |
| 21                    v. | ) |
| 22  CONSECO, INC. and CONSECO LIFE INSURANCE COMPANY, | ) |
| 23                           Defendants. | ) |
| 24  | ) |
| 25  | ) |
| 26  | |

27

28

STIPULATION EXTENDING TIME TO ANSWER, MOVE, OR OTHERWISE RESPOND          CASE NO.: 3:08-CV-05746-EMC

1       WHEREAS on December 24, 2008, plaintiffs Cedric Brady, Dr. Charles Hovden, Marion Hovden, Dr. Eugene Kreps, Dr. John McNamara, Dr. Hisaji Sakai, and Jean Sakai (the "Plaintiffs") filed a Complaint against defendants Conseco, Inc. and Conseco Life Insurance Company (the "Defendants," referred to collectively with the Plaintiffs as the "Parties"), in the San Francisco Division of the United States District Court for the Northern District of California (the "Complaint");

      WHEREAS on January 9, 2009, Plaintiffs served a summons and Complaint on each of the Defendants;

      WHEREAS on January 29, 2009, the Parties filed with the Court a Stipulation Extending Time To Answer, Move, Or Otherwise Respond To The Complaint (Docket No. 15) requesting that the date by which Defendants must answer, move, or otherwise respond to the Complaint be extended to and including February 20, 2009, and the Court granted such relief by Order dated February 2, 2009 (Docket No. 23);

      WHEREAS Defendants have requested and Plaintiffs have agreed to further extend the date by which Defendants shall be required to answer, move or otherwise respond to the Complaint to and including March 6, 2009;

      IT IS THEREFORE STIPULATED AND AGREED, by and between the undersigned, that, subject to this Court's approval, Defendants shall have to and including March 6, 2009, within which to answer, move, or otherwise respond to the Complaint.

DATED: February 18, 2009                                                                  Millstein & Associates

                                                                       By: /s/ David J. Millstein
                                                                             David J. Millstein
                                                                             Attorneys for Plaintiffs

DATED: February 18, 2009                                                                    Gilbert Oshinksy LLP

                                                                       By: /s/ August J. Matteis, Jr.
                                                                            August J. Matteis, Jr.
                                                                             Attorneys for Plaintiffs

DATED: February 18, 2009

Skadden, Arps, Slate, Meagher & Flom LLP

By: /s/ David S. Clancy
Raoul D. Kennedy
James R. Carroll (Admitted *Pro Hac Vice*)
David S. Clancy (Admitted *Pro Hac Vice*)
Cale P. Keable (Admitted *Pro Hac Vice*)
Attorneys for Defendants
Conseco, Inc. and Conseco Life Insurance Company

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, David S. Clancy, am the ECF User whose ID and password are being used to file this Stipulation Extending Time To Answer, Move, Or Otherwise Respond To The Complaint. In compliance with General Order 45.X.B, I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 18th day of February 2009, at Boston, Massachusetts.

By: /s/ David S. Clancy
David S. Clancy

PURSUANT TO STIPULATION IT IS SO ORDERED,

Dated: By: *Susan Illston*
Hon. Susan Illston