David J. Millstein (CSB #87878)
MILLSTEIN & ASSOCIATES
100 The Embarcadero Suite 200
San Francisco, California 94105
Telephone: (415) 348-0348
Facsimile: (415) 348-0336
E-mail:dmillstein@millstein-law.com

Scott D. Gilbert (ADMITTED *PRO HAC VICE*)
August J. Matteis Jr. (ADMITTED *PRO HAC VICE*)
Jonathan M. Cohen (ADMITTED *PRO HAC VICE*)
Alyson A. Foster (ADMITTED *PRO HAC VICE*)
Benjamin R. Davidson (ADMITTED *PRO HAC VICE*)
GILBERT OSHINSKY LLP
1100 New York Avenue, NW, Suite 700
Washington, DC 20005
Telephone: (202) 772-2200
Facsimile: (202) 772-3333
Email: gilberts@gotofirm.com
Email: matteisa@gotofirm.com
Email: cohenj@gotofirm.com
Email: fostera@gotofirm.com
Email: davidsonb@gotofirm.com
*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **CEDRIC BRADY, DR. CHARLES HOVDEN, MARION HOVDEN, DR. EUGENE KREPS, DR. JOHN McNAMARA, DR. HISAJI SAKAI, and JEAN SAKAI, Individually and On Behalf Of All Others Similarly Situated,**<br><br>Plaintiffs,<br><br>v.<br><br>**CONSECO, INC. and CONSECO LIFE INSURANCE COMPANY,**<br><br>Defendants. | Case No.: 3:08-CV-05746-SI<br><br>**STIPULATION AND PROPOSED ORDER EXTENDING TIME TO RESPOND TO THE MOTION TO DISMISS** |

WHEREAS on December 24, 2008, plaintiffs Cedric Brady, Charles Hovden, Marion Hovden, Eugene Kreps, John McNamara, Hisahi Sakai and Jean Sakai ("Plainitffs") filed a Class Action Complaint against Conseco, Inc. and Conseco Life Insurance Company ("Defendants").

WHEREAS on March 6, 2009, Defendants filed a Motion to Dismiss the Plaintiffs' Complaint. The Plaintiffs' response is currently due April 10, 2009, and a hearing is scheduled for May 1, 2009.

WHEREAS Plaintiffs have requested and Defendants have agreed to extend by two weeks the date on which the Plaintiffs' response will be due and the date on which a hearing will be scheduled.

IT IS THEREFORE STIPULATED AND AGREED, by and between the undersigned, that, subject to this Court's approval, Defendants will move this Court to dismiss the Plaintiffs' Complaint on May 15, 2009, or as soon thereafter as the matter may be heard, and accordingly, the Plaintiffs response to the Motion to Dismiss will be due on or before April 24, 2009.

Dated: March 27, 2009          Millstein & Associates

                               By: /s/ David J. Millstein
                                   David J. Millstein
                                   Attorneys for Plaintiffs

Dated: March 27, 2009          Gilbert Oshinsky LLP

                               By: /s/ August J. Matteis Jr.
                                   August J. Matteis Jr.
                                   Attorneys for Plaintiffs

Dated: March 27, 2009          Skadden, Arps, Slate, Meagher & Flom LLP

                               By: /s/ David S. Clancy
                                   David S. Clancy
                                   Attorneys for Defendants

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Benjamin R. Davidson, am the ECF User whose ID and password are being used to file this Stipulation Extending Time to Respond to the Motion to Dismiss. In compliance with General Order 45.X.B, I hereby attest that the concurrence in the filing of this document has been obtained from each of the other signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 27th day of March 2009, at Washington, DC.

By: /s/ Benjamin R. Davidson

Benjamin R. Davidson

PURSUANT TO STIPULATION IT IS SO ORDERED.

Dated: By: _____

Hon. Susan Illston