1  RAOUL D. KENNEDY (STATE BAR NO. 40892)
   SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
2  Four Embarcadero Center, Suite 3800
   San Francisco, California 94111
3  Telephone: (415) 984-6400
   Facsimile: (415) 984-2698
4  Email: Raoul.Kennedy@skadden.com

5  JAMES R. CARROLL (ADMITTED *PRO HAC VICE*)
   DAVID S. CLANCY (ADMITTED *PRO HAC VICE*)
6  CALE P. KEABLE (ADMITTED *PRO HAC VICE*)
   SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
7  One Beacon Street, 31st Floor
   Boston, Massachusetts 02108
8  Telephone: (617) 573-4800
   Facsimile: (617) 573-4822
9  Email: James.Carroll@skadden.com
   Email: David.Clancy@skadden.com
10 Email: Cale.Keable@skadden.com

11 Attorneys for Defendants
   CONSECO, INC. and CONSECO LIFE INSURANCE COMPANY
12

13              UNITED STATES DISTRICT COURT

14           FOR THE NORTHERN DISTRICT OF CALIFORNIA

15                    SAN FRANCISCO DIVISION

16 CEDRIC BRADY, DR. CHARLES           ) CASE NO.: 3:08-CV-05746-SI
   HOVDEN, MARION HOVDEN, DR.          )
17 EUGENE KREPS, DR. JOHN McNAMARA,    )
   DR. HISAJI SAKAI, and JEAN SAKAI,   ) **STIPULATION AND PROPOSED**
18 Individually and On Behalf Of All Others ) **ORDER EXTENDING TIME TO**
   Similarly Situated,                 ) **ANSWER, MOVE, OR OTHERWISE**
19                                     ) **RESPOND TO THE AMENDED**
                  Plaintiffs,          ) **COMPLAINT**
20                                     )
              v.                       )
21                                     )
   CONSECO, INC. and CONSECO LIFE      )
22 INSURANCE COMPANY,                  )
                                       )
23                Defendants.          )
                                       )
24                                     )
                                       )
25                                     )
                                       )
26 ─────────────────────────────────────)

27

28

WHEREAS on December 24, 2008, plaintiffs Cedric Brady, Dr. Charles Hovden, Marion Hovden, Dr. Eugene Kreps, Dr. John McNamara, Dr. Hisaji Sakai, and Jean Sakai (the "Plaintiffs") filed a Complaint against defendants Conseco, Inc. and Conseco Life Insurance Company (the "Defendants," referred to collectively with the Plaintiffs as the "Parties"), in the San Francisco Division of the United States District Court for the Northern District of California (the "Complaint"). On January 9, 2009, Plaintiffs served a summons and Complaint on each of the Defendants;

WHEREAS on March 6, 2009, the Defendants filed a motion to dismiss the Complaint (Docket No. 32);

WHEREAS pursuant to stipulation and the Court's Order, Plaintiffs' response to the motion to dismiss was due on or before April 24, 2009 (Docket No. 49). On April 23, 2009, the Plaintiffs filed with the Court an Amended Complaint (Docket No. 51);

WHEREAS the Defendants hereby withdraw their motion to dismiss in light of the filing of the Amended Complaint;

WHEREAS Defendants have requested and Plaintiffs have agreed to extend the date by which Defendants shall be required to answer, move or otherwise respond to the Amended Complaint to and including May 29, 2009;

IT IS THEREFORE STIPULATED AND AGREED, by and between the undersigned, that, subject to this Court's approval, Defendants shall have to and including May 29, 2009, within which to answer, move, or otherwise respond to the Amended Complaint.

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: April 24, 2009 | Millstein & Associates |
| 3 | | |
| 4 | | By: /s/ David J. Millstein |
| 5 | | David J. Millstein<br>Attorneys for Plaintiffs |
| 6 | DATED: April 24, 2009 | Gilbert Oshinksy LLP |
| 7 | | |
| 8 | | By: /s/ August J. Matteis, Jr. |
| 9 | | August J. Matteis, Jr.<br>Attorneys for Plaintiffs |
| 10 | | |
| 11 | DATED: April 24, 2009 | Skadden, Arps, Slate, Meagher & Flom LLP |
| 12 | | |
| 13 | | By: /s/ David S. Clancy |
| 14 | | Raoul D. Kennedy<br>James R. Carroll (Admitted *Pro Hac Vice*)<br>David S. Clancy (Admitted *Pro Hac Vice*)<br>Cale P. Keable (Admitted *Pro Hac Vice*) |
| 15 | | Attorneys for Defendants<br>Conseco, Inc. and Conseco Life Insurance Company |
| 16 | | |

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, David S. Clancy, am the ECF User whose ID and password are being used to file this Stipulation And Proposed Order Extending Time To Answer, Move, Or Otherwise Respond To The Amended Complaint. In compliance with General Order 45.X.B, I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 24th day of April 2009, at New York, New York.

By: /s/ David S. Clancy
David S. Clancy

PURSUANT TO STIPULATION IT IS SO ORDERED,

Dated: By: *[signature: Susan Illston]*
Hon. Susan Illston

STIPULATION EXTENDING TIME TO ANSWER, MOVE, OR OTHERWISE RESPOND   CASE NO.: 3:08-CV-05746-SI
2