RAOUL D. KENNEDY (STATE BAR NO. 40892)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Embarcadero Center, Suite 3800
San Francisco, California 94111
Telephone: (415) 984-6400
Facsimile: (415) 984-2698
Email: Raoul.Kennedy@skadden.com

JAMES R. CARROLL (ADMITTED *PRO HAC VICE*)
DAVID S. CLANCY (ADMITTED *PRO HAC VICE*)
CALE P. KEABLE (ADMITTED *PRO HAC VICE*)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
One Beacon Street, 31st Floor
Boston, Massachusetts 02108
Telephone: (617) 573-4800
Facsimile: (617) 573-4822
Email: James.Carroll@skadden.com
Email: David.Clancy@skadden.com
Email: Cale.Keable@skadden.com

Attorneys for Defendant
CONSECO LIFE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CEDRIC BRADY, DR. CHARLES HOVDEN, MARION HOVDEN, DR. EUGENE KREPS, DR. JOHN McNAMARA, DR. HISAJI SAKAI, and JEAN SAKAI, Individually and On Behalf Of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>CONSECO, INC. and CONSECO LIFE INSURANCE COMPANY,<br><br>Defendants. | CASE NO.: 3:08-CV-05746-SI<br><br>**STIPULATION EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND TO THE AMENDED COMPLAINT** |

| | |
|---|---|
| 1 | WHEREAS on December 24, 2008, plaintiffs Cedric Brady, Dr. Charles Hovden, Marion Hovden, Dr. Eugene Kreps, Dr. John McNamara, Dr. Hisaji Sakai, and Jean Sakai (the "Plaintiffs") filed a Complaint against defendants Conseco, Inc. and Conseco Life Insurance Company (the "Defendants,"), in the San Francisco Division of the United States District Court for the Northern District of California (the "Complaint").  On January 9, 2009, Plaintiffs served a summons and Complaint on each of the Defendants; |

WHEREAS on April 23, 2009, Plaintiffs filed with the Court an Amended Complaint (Docket No. 51);

WHEREAS on May 29, 2009, Defendants filed a motion to dismiss the Amended Complaint (Docket No. 58);

WHEREAS on June 20, 2009, Plaintiffs opposed Defendants' motion to dismiss the Amended Complaint (Docket No. 61);

WHEREAS on July 29, 2009, this Court granted in part and denied in part Defendants' motion to dismiss the Amended Complaint (Docket No. 64), which, in part, dismissed this action against Conseco, Inc. for lack of personal jurisdiction;

WHEREAS Conseco Life Insurance Company ("Conseco Life") has requested and Plaintiffs have agreed to extend the date by which Conseco Life shall be required to answer or otherwise respond to the Amended Complaint from August 12, 2009 to and including August 19, 2009 (a one week extension);

WHEREAS this additional one week will not impact other events and/or deadlines in this action;

IT IS THEREFORE STIPULATED AND AGREED, by and between the undersigned, that Conseco Life shall have to and including August 19, 2009, within which to answer or otherwise respond to the Amended Complaint.

STIPULATION EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND

1

*IT IS SO ORDERED*
*Judge Susan Illston*

DATED: August 7, 2009            Millstein & Associates

By: /s/ David J. Millstein
David J. Millstein
Attorneys for Plaintiffs

DATED: August 7, 2009            Gilbert Oshinksy LLP

By: /s/ August J. Matteis, Jr.
August J. Matteis, Jr.
Attorneys for Plaintiffs

DATED: August 7, 2009            Skadden, Arps, Slate, Meagher & Flom LLP

By: /s/ David S. Clancy
Raoul D. Kennedy
James R. Carroll (Admitted *Pro Hac Vice*)
David S. Clancy (Admitted *Pro Hac Vice*)
Cale P. Keable (Admitted *Pro Hac Vice*)
Attorneys for Defendant
Conseco Life Insurance Company

## ATTESTATION PURSUANT TO GENERAL ORDER 45

    I, David S. Clancy, am the ECF User whose ID and password are being used to file this Stipulation Extending Time To Answer Or Otherwise Respond To The Amended Complaint. In compliance with General Order 45.X.B, I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 7th day of August 2009, at New York, New York.

By: /s/ David S. Clancy
David S. Clancy

STIPULATION EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND      CASE NO.: 3:08-CV-05746-SI

2