RAOUL D. KENNEDY (STATE BAR NO. 40892)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Embarcadero Center, Suite 3800
San Francisco, California 94111
Telephone: (415) 984-6400
Facsimile: (415) 984-2698
Email: Raoul.Kennedy@skadden.com

JAMES R. CARROLL (*PRO HAC VICE*)
DAVID S. CLANCY (*PRO HAC VICE*)
CALE P. KEABLE (*PRO HAC VICE*)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
One Beacon Street, 31st Floor
Boston, Massachusetts 02108
Telephone: (617) 573-4800
Facsimile: (617) 573-4822
Email: James.Carroll@skadden.com
Email: David.Clancy@skadden.com
Email: Cale.Keable@skadden.com

Attorneys for Defendant
Conseco Life Insurance Company

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CEDRIC BRADY, DR. CHARLES HOVDEN, MARION HOVDEN, DR. EUGENE KREPS, DR. JOHN McNAMARA, DR. HISAJI SAKAI, and JEAN SAKAI, Individually and On Behalf Of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>CONSECO, INC. and CONSECO LIFE INSURANCE COMPANY,<br><br>Defendants. | CASE NO.: 3:08-CV-05746-SI<br><br>**STIPULATION AND PROPOSED ORDER EXTENDING THE DATE FOR PLAINTIFFS TO AMEND THEIR COMPLAINT** |

STIPULATION                                              CASE NO.: 3:08-CV-05746-SI

1 WHEREAS, on December 24, 2008, plaintiffs Cedric Brady, Dr. Charles Hovden, Marion Hovden, Dr. Eugene Kreps, Dr. John McNamara, Dr. Hisaji Sakai, and Jean Sakai (the "Plaintiffs") filed a Complaint against defendants Conseco, Inc. and Conseco Life Insurance Company ("Conseco Life" or "Defendant," referred to collectively with the Plaintiffs as the "Parties"), in the San Francisco Division of the United States District for the Northern District of California (the "Complaint").

WHEREAS, on April 23, 2009, the Plaintiffs filed an Amended Complaint (Docket No. 51);

WHEREAS, on May 29, 2009, Conseco, Inc. and Conseco Life Insurance Company filed a Motion to Dismiss the Amended Complaint (Docket No. 58);

WHEREAS, on July 29, 2009, the Court entered an Order Granting In Part And Denying In Part Conseco, Inc.'s and Conseco Life Insurance Company's Motion to Dismiss (Docket No. 64), which states, in part, "If plaintiffs wish to file an amended complaint to allege facts in support of their claims for breach of fiduciary duty and in support of their contention that this Court has personal jurisdiction over Conseco, Inc., they shall do so by October 1, 2009";

WHEREAS, the Parties are engaged in discovery regarding these matters, and others; and the Plaintiffs have noticed depositions of Conseco, Inc. and Conseco Life Insurance Company;

WHEREAS, the Parties have conferred and agree that additional time is needed to conduct discovery on issues that will impact the content of the Plaintiffs' amended Complaint; and

WHEREAS, this extension will not impact other events and/or deadlines in this action;

IT IS HEREBY STIPULATED AND AGREED, by the undersigned Parties that the deadline for the Plaintiffs to amend their Complaint shall be extended to November 9, 2009. (Conseco, Inc. and Conseco Life reserve all rights with respect to any amended Complaint, including the right to move to dismiss any new claims pursuant to the Rule 12 of the Federal Rules of Civil Procedure.)

| | | |
|---|---|---|
| 1 | DATED: September 18, 2009 | Millstein & Associates |
| 2 | | |
| 3 | | By: /s/ David J. Millstein<br>David J. Millstein<br>Attorneys for Plaintiffs |

DATED: September 18, 2009                    Gilbert LLP

By: /s/ August J. Matteis, Jr.
August J. Matteis, Jr.
Attorneys for Plaintiffs

DATED: September 18, 2009                    Skadden, Arps, Slate, Meagher & Flom LLP

By: /s/ David S. Clancy
Raoul D. Kennedy
James R. Carroll (Admitted *Pro Hac Vice*)
David S. Clancy (Admitted *Pro Hac Vice*)
Cale P. Keable (Admitted *Pro Hac Vice*)
Attorneys for Defendant
Conseco Life Insurance Company

### ATTESTATION PURSUANT TO GENERAL ORDER 45

I, David S. Clancy, am the ECF User whose ID and password are being used to file this Stipulation And Proposed Order Establishing Briefing Schedule And Case Management Conference. In compliance with General Order 45.X.B, I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 18 day of September, 2009, at Boston, Massachusetts.

By: /s/ David S. Clancy
David S. Clancy

PURSUANT TO STIPULATION, IT IS SO ORDERED,

Dated:                    By: /s/ Susan Illston
Hon. Susan Illston