David J. Millstein (CSB #87878)
MILLSTEIN & ASSOCIATES
100 The Embarcadero Suite 200
San Francisco, California 94105
Telephone:     (415) 348-0348
Facsimile:      (415) 348-0336
E-mail:dmillstein@millstein-law.com

Scott D. Gilbert (ADMITTED *PRO HAC VICE*)
August J. Matteis Jr. (ADMITTED *PRO HAC VICE*)
Jonathan M. Cohen (ADMITTED *PRO HAC VICE*)
Kathleen Hale (ADMITTED *PRO HAC VICE*)
GILBERT LLP
1100 New York Avenue, NW, Suite 700
Washington, DC 20005
Telephone:     (202) 772-2200
Facsimile:      (202) 772-3333
Email: gilberts@gotofirm.com
Email: matteisa@gotofirm.com
Email: cohenj@gotofirm.com
Email: halek@gotofirm.com
*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| CEDRIC BRADY, DR. CHARLES HOVDEN, MARION HOVDEN, DR. EUGENE KREPS, DR. JOHN McNAMARA, DR. HISAJI SAKAI, and JEAN SAKAI, Individually and On Behalf Of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>CONSECO LIFE INSURANCE COMPANY,<br><br>**Defendant**. | Case No.: 3:08-CV-05746-SI<br><br>**STIPULATION AND PROPOSED ORDER TO EXTEND TIME FOR PLAINTIFFS TO RESPOND TO DEFENDANT'S MOTION TO COMPEL** |

On November 25, 2009, Defendant Conseco Life Insurance Company ("Conseco") filed a motion to compel. Plaintiffs Cedric Brady, Charles Hovden, Marion Hovden, Eugene Kreps, John McNamara, Hisahi Sakai and Jean Sakai ("Plainitffs") have requested an extension of time to respond to the motion, and Conseco has agreed to extend the time for Plaintiffs' response from December 3, 2009, until December 10, 2009.

IT THEREFORE IS STIPULATED AND AGREED, by and between the undersigned, that Plaintiffs will respond to Conseco's Motion to Compel no later than December 10, 2009.

Dated: December 2, 2009         Millstein & Associates

                                By:  /s/ David J. Millstein
                                     David J. Millstein
                                     Attorneys for Plaintiffs

Dated: December 2, 2009         Gilbert LLP

                                By:  /s/ August J. Matteis Jr.
                                     August J. Matteis Jr.
                                     Attorneys for Plaintiffs

Dated: December 2, 2009         Skadden, Arps, Slate, Meagher & Flom LLP

                                By:  /s/ David S. Clancy
                                     David S. Clancy
                                     Attorneys for Defendants

STIPULATION RE MOTION TO COMPEL RESPONSE                          3:08-CV-05746-SI

2

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, August J. Matteis Jr., am the ECF User whose ID and password are being used to file this Stipulation Extending Time to Respond to the Motion to Compel. In compliance with General Order 45.X.B, I hereby attest that the concurrence in the filing of this document has been obtained from each of the other signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 2nd day of December 2009, at Washington, D.C.

By: /s/ August J. Matteis Jr.
August J. Matteis Jr.

PURSUANT TO STIPULATION IT IS SO ORDERED,

Dated: _____          By: _____
                                          Hon. Susan Illston

STIPULATION RE MOTION TO COMPEL RESPONSE                3:08-CV-05746-SI

3