RAOUL D. KENNEDY (STATE BAR NO. 40892)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Embarcadero Center, Suite 3800
San Francisco, California 94111
Telephone: (415) 984-6400
Facsimile: (415) 984-2698
Email: Raoul.Kennedy@skadden.com

JAMES R. CARROLL (*PRO HAC VICE*)
DAVID S. CLANCY (*PRO HAC VICE*)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
One Beacon Street, 31st Floor
Boston, Massachusetts 02108
Telephone: (617) 573-4800
Facsimile: (617) 573-4822
Email: James.Carroll@skadden.com
Email: David.Clancy@skadden.com

Attorneys for Defendant
Conseco Life Insurance Company

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

|  |  |
|---|---|
| IN RE CONSECO LIFE INSURANCE COMPANY LIFETREND INSURANCE SALES AND MARKETING LITIGATION | CASE NO.: M:10-CV-02124-SI<br><br>**STIPULATION AND PROPOSED ORDER CONCERNING CLASS CERTIFICATION BRIEFING SCHEDULE AND HEARING** |

STIPULATION                                                                    CASE NO.: M:10-CV-02124-SI

**INTRODUCTION**

By Order on February 11, 2010, the Court set a scheduling conference in this multidistrict litigation ("MDL") for March 12, 2010. (MDL Docket No. 2.) The Court previously, however, had set a hearing for March 5, 2010 on plaintiffs' motion for class certification in *Brady, et al. v Conseco, Inc. et al.*, No. 3:08-CV-05746-SI (N.D. Cal.), one of the three actions subsumed into the MDL. (Brady Docket No. 74.) Counsel for defendant Conseco Life Insurance Company ("Conseco Life") submitted a letter to the Court requesting that the hearing in the *Brady* matter be deferred until MDL scheduling could be coordinated. (MDL Docket No. 3.) After Conseco Life filed its letter, Plaintiffs' counsel in the MDL and counsel for Conseco Life conferred and agreed to the course of action outlined below, which would have the effect of removing the March 5, 2010 hearing from the Court's calendar.

**RECITALS**

WHEREAS, on December 24, 2008, plaintiffs Cedric Brady, Dr. Charles Hovden, Dr. Marion Hovden, Dr. Eugene Kreps, Dr. John McNamara, Dr. Hisaji Sakai, and Jean Sakai (the "Brady Plaintiffs") filed a complaint against Conseco Life in the San Francisco Division of the United States District for the Northern District of California in a case captioned *Brady, et al. v Conseco, Inc. et al.*, No. 3:08-CV-05746-SI;

WHEREAS, on July 2, 2009, plaintiff Bill McFarland ("McFarland") filed a complaint against Conseco Life in the Jacksonville Division of the United States District for the Middle District of Florida in a case captioned *McFarland v. Conseco Life Ins. Co.*, No. 3:09-CV-TJC-MCR;

WHEREAS, on October 6, 2009, McFarland filed a motion for class certification in the Middle District of Florida ("McFarland Motion");

WHEREAS, Conseco Life has not filed an opposition to the McFarland Motion, and no opposition is due, and no hearing date is set;

WHEREAS, on December 1, 2009, the Brady Plaintiffs filed a motion for class certification in the Northern District of California ("Brady Motion");

WHEREAS, on January 29, 2010, Conseco Life filed an opposition to the Brady Motion;

1  WHEREAS, the Brady Plaintiffs are scheduled to file a reply in further support of the Brady Motion on February 19, 2010, and a hearing on the Brady Motion is scheduled for March 5, 2010;

WHEREAS, on February 5, 2010, pursuant to a transfer order from the United States Panel on Multidistrict Litigation, the Court established this MDL consolidating the *Brady* case, the *McFarland* case, and another individual (non-class action) case (*Muldrow v. Conseco Life Ins. Co.*, No. 4:08-CV-552-RH-WCS (N.D. Fla. filed Dec. 12, 2008));

WHEREAS, the Brady Plaintiffs, McFarland and Conseco Life wish to avoid inefficiency and the inconsistent adjudication of the Brady Motion and the McFarland Motion;

WHEREAS, in light of the establishment of the MDL, the Brady Plaintiffs and McFarland wish to file a consolidated motion for class certification;

WHEREAS, the Brady Plaintiffs, McFarland and Conseco Life have conferred and agree that the Brady Plaintiffs and McFarland may withdraw their respective motions for class certification, and file a joint, consolidated motion for class certification for consideration by the Court; and

WHEREAS, Local Rule 7-4 imposes a page limit of twenty-five pages on a brief or memorandum of points and authorities filed in support of a motion or opposition, and a page limit of fifteen pages on a reply memorandum.

**STIPULATION**

THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the undersigned as follows:

1. The Brady Motion and the McFarland Motion shall be withdrawn without prejudice, and the hearing on the Brady Motion currently scheduled for March 5, 2010 in *Brady*, No. 3:08-CV-05746, shall be removed from the Court's motion calendar;

2. The Brady Plaintiffs and McFarland may file a joint, consolidated motion for class certification, which motion may not exceed fifty pages in length and may be filed no later than March 11, 2010 ("Joint Motion For Class Certification");

3. Conseco Life may file an opposition to the Joint Motion For Class Certification not to exceed sixty pages in length no later than April 22, 2010;

4. The Brady Plaintiffs and McFarland may file a joint, consolidated reply memorandum in further support of the Joint Motion For Class Certification not to exceed twenty-five pages in length no later than May 13, 2010;

5. A hearing on the Joint Motion For Class Certification may be heard on May 28, 2010, or at any other subsequent time as the Court's schedule may permit.

DATED: February 16, 2010                             Millstein & Associates

                                                By:  /s/ David J. Millstein
                                                        David J. Millstein
                                                  Attorneys for the Brady Plaintiffs

DATED: February 16, 2010                             Gilbert LLP

                                                By:  /s/ August J. Matteis, Jr.
                                                        August J. Matteis, Jr.
                                                  Attorneys for the Brady Plaintiffs

DATED: February 16, 2010                             Berman DeValerio

                                                By:  /s/ Michael Pucillo
                                                        Michael Pucillo
                                                        Joseph J. Tabacco
                                                        Chris Heffelfinger

                                                  Attorneys for Plaintiff McFarland

DATED: February 16, 2010                             Skadden, Arps, Slate, Meagher & Flom LLP

                                                By:  /s/ David S. Clancy
                                                        Raoul D. Kennedy
                                                        James R. Carroll (Admitted *Pro Hac Vice*)
                                                        David S. Clancy (Admitted *Pro Hac Vice*)

                                                  Attorneys for Defendant
                                                  Conseco Life Insurance Company

| | |
|---|---|
| 1 | **ATTESTATION PURSUANT TO GENERAL ORDER 45** |
| 2 | I, David S. Clancy, am the ECF User whose ID and password are being used to file this Stipulation And Proposed Order.  In compliance with General Order 45.X.B, I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. |

Executed this 16th day of February, 2010, at Boston, Massachusetts.

By: /s/ David S. Clancy  
David S. Clancy

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____  By: _____  
Hon. Susan Illston

STIPULATION    4    CASE NO.: M:10-CV-02124-SI