1  RAOUL D. KENNEDY (STATE BAR NO. 40892)
   SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
2  Four Embarcadero Center, Suite 3800
   San Francisco, California 94111
3  Telephone: (415) 984-6400
   Facsimile: (415) 984-2698
4  Email: Raoul.Kennedy@skadden.com

5  JAMES R. CARROLL (*PRO HAC VICE*)
   DAVID S. CLANCY (*PRO HAC VICE*)
6  SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   One Beacon Street, 31st Floor
7  Boston, Massachusetts 02108
   Telephone: (617) 573-4800
8  Facsimile: (617) 573-4822
   Email: James.Carroll@skadden.com
9  Email: David.Clancy@skadden.com

10 Attorneys for Defendant
   Conseco Life Insurance Company

11

12                    UNITED STATES DISTRICT COURT

13              FOR THE NORTHERN DISTRICT OF CALIFORNIA

14                        SAN FRANCISCO DIVISION

15                                    )  MDL DOCKET NO.: 10-CV-2124-SI
                                      )
16                                    )  ALL CASES
                                      )
17 IN RE CONSECO LIFE INSURANCE       )
   COMPANY LIFETREND INSURANCE        )
18 SALES AND MARKETING LITIGATION     )  **STIPULATION AND [PROPOSED]**
                                      )  **ORDER CONCERNING DISCOVERY**
19                                    )  **AND CASE SCHEDULE**
                                      )
20                                    )
                                      )
21 _____ )

22

23

24

25

26

27

28

---

STIPULATION AND [PROPOSED] ORDER                    CASE NO.: M:10-CV-02124-SI

1    Pursuant to the Court's direction at the case management conference on March 12, 2010,

2  Plaintiffs Cedric Brady, Dr. Charles Hovden, Dr. Marion Hovden, Dr. Eugene Kreps, Dr. John

3  McNamara, Dr. Hisaji Sakai, Jean Sakai and Bill W. McFarland ("Plaintiffs") and defendant

4  Conseco Life Insurance Company ("Conseco Life") (together, the "Parties") HEREBY

5  STIPULATE AND AGREE as follows:

6    1.    Conseco Life's opposition to Plaintiffs' motion for class certification (filed on March

7  11, 2010) shall be filed no later than April 22, 2010;

8    2.    Plaintiffs' reply in further support of their motion for class certification shall be filed

9  no later than May 13, 2010;

10    3.    The Court shall hear argument on Plaintiffs' motion for class certification on June 4,

11  2010, as previously ordered (Docket No. 12);

12    4.    Each side is permitted to take no more than twenty (20) depositions of fact

13  witnesses, including those depositions already taken by any party on the date of this stipulation.  In

14  addition to fact witness depositions, each side shall be permitted to take the deposition of the expert

15  witnesses designated by the other side;

16    5.    Each side is permitted to serve on the other side thirty-two (32) interrogatories,

17  including those already served.

18    6.    Fact discovery on all issues shall close on October 29, 2010;

19    7.    The parties shall identify any expert witnesses whose opinions, reports or testimony

20  may be used at trial and provide a general statement of the topics about which each expert is

21  expected to testify on October 29, 2010;

22    8    All reports of expert witnesses shall be due no later than November 19, 2010;

23    9.    Rebuttal expert reports, if any, shall be provided no later than December 21, 2010;

24    10.    Expert discovery on all issues shall close on January 28, 2011;

25    11.    Dispositive motions, if any, shall be filed no later than February 18, 2011;

26    12.    Oppositions to dispositive motions shall be filed no later than March 18, 2011;

27    13.    Replies in support of dispositive motions shall be filed no later than April 1, 2011;

28    14.    The final pretrial conference shall be scheduled at the Court's convenience;

1      15.      Trial shall begin on May 23, 2011;

2      16.      Upon showing of good cause, a party may seek to modify the schedule or limits on

3 discovery set forth in this Order.

4      17.      All future filings related to *Brady v. Conseco, Inc., et al.*, Case No. 08-5746-SI (N.D.

5 Cal.); *McFarland v. Conseco Life Insurance Co., et al.*, Case No. 10-0652-SI (N.D. Cal.) and

6 *Muldrow v. Conseco Life Insurance Co., et al.*, Case No. 10-0689-SI (N.D. Cal.) shall be made

7 under MDL Docket Number 10-cv-2124-SI, and the parties shall request that the Court

8 administratively close the three other above-mentioned pending cases.

9 DATED:  March 16, 2010                    Millstein & Associates

10

11                            By:  /s/ David J. Millstein
                                     David J. Millstein

12                                 Attorneys for the Brady Plaintiffs

13 DATED:  March 16, 2010                    Gilbert LLP

14

15                            By:  /s/ August J. Matteis, Jr.
                                     August J. Matteis, Jr.

16                                 Attorneys for the Brady Plaintiffs

17 DATED:  March 16, 2010                    Berman DeValerio

18

19                          By:  /s/ Michael Pucillo
                                     Michael Pucillo

20                                   Joseph J. Tabacco
                                   Chris Heffelfinger

21                             Attorneys for Plaintiff McFarland

22

23 DATED:  March 16, 2010           Skadden, Arps, Slate, Meagher & Flom LLP

24                          By:  /s/ James R. Carroll
                                     Raoul D. Kennedy

25                         James R. Carroll (Admitted *Pro Hac Vice*)
                         David S. Clancy (Admitted *Pro Hac Vice*)

26

27                            Attorneys for Defendant
                          Conseco Life Insurance Company

28

---

## ATTESTATION PURSUANT TO GENERAL ORDER 45

I, James R. Carroll, am the ECF User whose ID and password are being used to file this Stipulation And Proposed Order.  In compliance with General Order 45.X.B, I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 16th day of March, 2010, at Boston, Massachusetts.


By:  /s/ James R. Carroll
                                    James R. Carroll


PURSUANT TO STIPULATION, IT IS SO ORDERED,


Dated:                          By: _____
                                    Hon. Susan Illston