UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CONSECO LIFE INSURANCE COMPANY LIFE TREND INSURANCE MARKETING & SALES PRACTICE LITIGATION<br><br>THIS CASE RELATES TO ALL CASES | Case No. 10-md-02124-SI<br><br>**ORDER TERMINATING MDL ACTION**<br><br>For Case Nos.:<br>10-cv-0652-SI, *McFarland*<br>08-cv-5746-SI, *Brady*<br>10-cv-0689-SI, *Muldrow*<br>12-cv-5906-SI, *Burnett* |

In February 2010, the Judicial Panel on Multidistrict Litigation ("MDL Panel"), pursuant to 28 U.S.C. § 1407, issued an order that three actions against defendant Conseco Life Insurance Company be transferred to this Court. Dkt. No. 1. In March 2010, this Court consolidated the actions, and a nationwide class was certified in October 2010, with a subclass certified in December 2010. Dkt. Nos. 21, 111, 138. The parties agreed to a settlement and this Court issued final approval of the class action settlement on November 8, 2013. Dkt. No. 526. This Court issued a final judgment in the class action case that same day. Dkt. No. 527.

A separate action was filed in the Central District of California. *See Burnett v. Conseco Life Ins. Co.*, Case No. 12-1715 (C.D. Cal. Oct. 5, 2012). The MDL Panel transferred the case as a tag-along to this Court in November 2012. Dkt. No. 413. On April 9, 2015, this Court granted defendants' motion to dismiss the complaint without leave to amend and entered judgment against plaintiffs. Dkt. Nos. 717, 718.

At the present time, all actions under case number 10-md-2124 have been closed. Accordingly, the Court hereby ORDERS that this MDL action be terminated. **In accordance with this order, the Clerk of the Court shall terminate the MDL action, including each**

1  **underlying case, and close the file in each case. In addition, the Clerk of the Court shall
2  transmit a copy of this order to the MDL Panel.** *See* Judicial Panel on Multidistrict Litigation
3  Rule 10.1(a) ("Where the transferee district court terminates an action by valid order, including
4  but not limited to . . . judgment of dismissal . . ., the transferee district court clerk shall transmit a
5  copy of that order to the Clerk of the Panel. The terminated action shall not be remanded to the
6  transferor court . . . unless the transferee judge or the Panel directs otherwise.").

8  **IT IS SO ORDERED**.

9  Dated: September 8, 2015

   SUSAN ILLSTON
   United States District Judge